```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NORTH DAKOTA
                   NORTHEASTERN DIVISION
```

```
In the Matter of the Search      )
of Allen Greg Greene residence   )
7478 Ephraim Hill Road NW        )         MEMORANDUM
Fort Totten, North Dakota  58335 )

In the Matter of the Search      )
of Allen Greg Greene             )
a/k/a Greg Greene                )         CASE NO. 2:07-mj-86
```

This Court issued two search warrants on September 24, 2007. Approximately three hours after the warrants were issued, Special Agent Michael Thompson advised the Court that he had become aware of two errors in the affidavits submitted in support of the applications for the search warrants. SA Thompson advised that the middle name of Alan Greene had incorrectly been given as "Greg" rather than "Gregory," and that Alan Greene's birthdate had been incorrectly given.

This Court determined that the errors in the affidavit were not material to the determination of probable cause, and that modification of the warrants was not necessary.

Dated this 3rd day of October, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge